UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERTO LACHAPEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0571-B |
| | § | |
| BRIO SOLAR ENERGY, LLC and | § | |
| AVOLTA POWER, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On December 12, 2024, this Court **DENIED** Plaintiff Roberto LaChapel's Motion for Default Judgment and granted LaChapel leave to amend his complaint by January 3, 2025. Doc. 17, Mem. Op. & Order. LaChapel did not amend his Complaint by the deadline, so the Court **DISMISSED** his case **WITH PREJUDICE**. *See* Doc. 18, Order. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that LaChapel take nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: January 7, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE